**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
19TH FLOOR FEDERAL BUILDING - BOX 36106
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

BARRY J. PORTMAN
*Federal Public Defender*

Telephone (415) 436-7700
Fax (415) 436-7706

2006 MAY -3 PM 12:04

May 2, 2006

**RECEIVED**

MAY 0 2 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Via Hand Delivery

The Honorable James Larson
United States District Court
 for the Northern District of California
450 Golden Gate Avenue, 15th Floor
San Francisco, California 94102

Re:   *United States v. Arthur Rothschild*
      Case No. 06-70215 BZ

Dear Judge Larson:

I write regarding the aforementioned defendant, who was directed by his probation officer in the Eastern District of Louisiana to make a meeting at the United States Probation Office for the Southern District of Texas in Houston on April 28, 2006. Today, May 1, 2006, Mr. Waldinger of the United States Attorney's Office left me a voice mail message indicating that he spoke to Mr. Rothschild's United States Probation Officer in New Orleans, who confirmed that Mr. Rothschild did appear in Houston at the probation office as directed. It is my understanding that Mr. Rothschild's supervision will be transferred to Houston, where he and his fiancee and two sons obtained post-hurricane relief through FEMA. Pursuant to Mr. Waldinger's request, I write to advise you of Mr. Rothschild's appearance, and it is our joint request that this matter be taken off your May 4 calendar at 11:00 a.m. Please consider this matter submitted and completed with respect to our district's responsibilities regarding the Eastern District of Louisiana's out-of-district warrant for Mr. Rothschild's arrest.

Respectfully yours,

BARRY J. PORTMAN
Federal Public Defender

*/s/ Elizabeth M. Falk*

ELIZABETH M. FALK
Assistant Federal Public Defender

cc.   Kyle F. Waldinger
      United States Attorney's Office

SO ORDERED

*/s/ James Larson*

JAMES LARSON
U.S. CHIEF MAGISTRATE JUDGE